FILED

12/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0548

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0548

CITY OF KALISPELL,

 Plaintiff and Appellee,

v.

NATHAN RAY WARNER,

 Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until January 20, 2023, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2022